OPHELIA M. WHEELER et al., appellants,

*v.*

MYRA WHIPPLE, respondent.

On appeal from a decree of the Ordinary, whose opinion is reported in *Wheeler* v. *Whipple, 17 Stew. Eq. 141.*

*Mr. F. P. McDermott* and *Mr. E. W. Arrowsmith,* for the appellants.

*Mr. Wm. H. Vredenburgh,* for the respondent.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the ordinary.

---

SARAH E. HEISLER et al., appellants,

*v.*

HENRY S. PRICKETT et al., executors &c., respondents.

On appeal from a decree of the Vice-Ordinary, whose opinion is reported in *Heisler* v. *Sharp, 17 Stew. Eq. 167.*

*Mr. Thomas E. French,* for the appellants.

*Mr. Samuel W. Beldon,* for the respondents.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the vice-ordinary.